# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAWRENCE HOUSTON HOBBS I,<br>*Plaintiff*<br><br>-vs-<br><br>ANGELA K STEVENS, JOHN/JANE DOE 2, JOHN/JANE DOE 3, JOHN/JANE DOE 4,<br>*Defendants* | § § § § § § § § § § § | SA-23-CV-01240-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Lawrence Houston Hobbs shall take nothing by his claims against Defendants Angela K. Stevens and Doe Defendants 2–4, and Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

It is so **ORDERED**.

**SIGNED** this 1st day of August, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE